```
DENNIS S. WAKS, Bar #142581
Federal Defender

MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TUNG THANH HUYNH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-05-542 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| v. | |
| TUNG THANH HUYNH, et al., | Date: March 17, 2006 |
| | Time: 9:00 a.m. |
| Defendants. | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Matthew Stegman, Assistant United States Attorney; defendant, TRI HUU BUI, by and through his counsel, Kevin Clymo; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborne; defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel; defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the status conference presently scheduled for February 3, 2006 be vacated and rescheduled for status

1  conference on March 17, 2006 at 9:00 a.m.

2      This continuance is requested to allow all counsel additional time
3  to prepare, to conduct factual investigations, to interview witnesses,
4  and to obtain outstanding discovery.

5      IT IS FURTHER STIPULATED that the period from the date of the
6  signing of this order to March 17, 2006 be excluded in computing the
7  time within which trial must commence under the Speedy Trial Act,
8  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
9  continuity and preparation of counsel.

10 Dated: January 31, 2006

Respectfully submitted,

DENNIS S. WAKS
Acting Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
TUNG THANH HUYNH


/s/ Matthew C. Bockmon for
_____
KEVIN D. CLYMO
Attorney for Defendant
TRI HUU BUI


/s/ Matthew C. Bockmon for
_____
JOHN YONGJIN LEE
Attorney for Defendant
THO LE


/s/ Matthew C. Bockmon for
_____
CARL K. OSBORNE
Attorney for Defendant
MICHELLE CHAUN GOC LE

Stip & Order                              2

```
                                /s/ Matthew C. Bockmon for
                                _____
                                ALEX ROBERT KESSEL
                                Attorney for Defendant
                                NAM GIA PHAMTRAN


                                /s/ Matthew C. Bockmon for
                                _____
                                TIMOTHY E. WARRINER
                                Attorney for Defendant
                                THANG QUOC BUI
```

Dated: January 31, 2006

```
                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Matthew C. Bockmon for
                                _____
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney
                                per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated:  February 9, 2006

```
                                /s/ Garland E. Burrell, Jr.
                                GARLAND E. BURRELL, JR.
                                United States District Judge
```