```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TUNG THANH HUYNH
 7

 8                IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  NO. CR-S-05-542 GEB
                                   )
13                  Plaintiff,     )  STIPULATION AND [PROPOSED] ORDER
                                   )  CONTINUING STATUS CONFERENCE
14       v.                        )
                                   )
15  TUNG THANH HUYNH, et al.,      )  Date:  May 5, 2006
                                   )  Time:  9:00 a.m.
16                  Defendants.    )  Judge: Garland E. Burrell, Jr.
                                   )
17  _____)

18
```

19       It is hereby stipulated and agreed to between the United States of

20  America through Matthew Stegman, Assistant United States Attorney;

21  defendant, TRI HUU BUI, by and through his counsel, Kevin Clymo;

22  defendant, THO LE, by and through his counsel, John Lee; defendant,

23  MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborne;

24  defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel;

25  defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner;

26  and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon,

27  Assistant Federal Defender, that the status conference presently

28  scheduled for March 17, 2006 be vacated and rescheduled for status

1  conference on May 5, 2006 at 9:00 a.m.
2      The defense has received recent production of an additional 1,000
3  pages of discovery and further continuance is needed to review the new
4  discovery, to prepare, to conduct on-going factual investigations, and
5  to locate and interview pertinent witnesses.
6      IT IS FURTHER STIPULATED that the period from the date of the
7  signing of this order to May 5, 2006 be excluded in computing the time
8  within which trial must commence under the Speedy Trial Act, pursuant
9  to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
10 preparation of counsel.
11 Dated: March 16, 2006

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Acting Federal Defender

                                  /s/ Matthew C. Bockmon
                                  _____
                                  MATTHEW C. BOCKMON
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  TUNG THANH HUYNH


                                  /s/ Matthew C. Bockmon for
                                  _____
                                  KEVIN D. CLYMO
                                  Attorney for Defendant
                                  TRI HUU BUI


                                  /s/ Matthew C. Bockmon for
                                  _____
                                  JOHN YONGJIN LEE
                                  Attorney for Defendant
                                  THO LE


                                  /s/ Matthew C. Bockmon for
                                  _____
                                  CARL K. OSBORNE
                                  Attorney for Defendant
                                  MICHELLE CHAUN GOC LE

Stip & Order                      2

1
2                                              /s/ Matthew C. Bockmon for
                                               _____
3                                              ALEX ROBERT KESSEL
                                               Attorney for Defendant
4                                              NAM GIA PHAMTRAN

5
                                               /s/ Matthew C. Bockmon for
6                                              _____
                                               TIMOTHY E. WARRINER
7                                              Attorney for Defendant
                                               THANG QUOC BUI
8
Dated: March 16, 2006
9
                                               MCGREGOR W. SCOTT
10                                             United States Attorney

11                                             /s/ Matthew C. Bockmon for
                                               _____
12                                             MATTHEW C. STEGMAN
                                               Assistant U.S. Attorney
13                                             per telephonic authority

14
                                    **O R D E R**
15
IT IS SO ORDERED.
16
Dated:  March 16, 2006
17
18                                  /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
19                                  United States District Judge

20

21

22

23

24

25

26

27

28

Stip & Order                        3