```
 1  DANIEL J. BRODERICK, Bar #89424
    Acting Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TUNG THANH HUYNH
 7

 8               IN THE UNITED STATES DISTRICT COURT

 9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  NO. CR-S-05-542 GEB
                                   )
13              Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                   )  CONTINUING STATUS CONFERENCE
14      v.                         )
                                   )
15  TUNG THANH HUYNH, et al.,      )  Date:  June 16, 2006
                                   )  Time:  9:00 a.m.
16              Defendants.        )  Judge: Garland E. Burrell, Jr.
                                   )
17  _____)

18
```

19     It is hereby stipulated and agreed to between the United States of

20  America through Matthew Stegman, Assistant United States Attorney;

21  defendant, TRI HUU BUI, by and through his counsel, Kevin Clymo;

22  defendant, THO LE, by and through his counsel, John Lee; defendant,

23  MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborne;

24  defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel;

25  defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner;

26  and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon,

27  Assistant Federal Defender, that the status conference presently

28  scheduled for May 5, 2006 be vacated and rescheduled for status

1  conference on June 16, 2006 at 9:00 a.m.
2       The defense has received recent production of an additional 1,000
3  pages of discovery and further continuance is needed to review the new
4  discovery, to prepare, to conduct on-going factual investigations, and
5  to locate and interview pertinent witnesses.
6       IT IS FURTHER STIPULATED that the period from the date of the
7  signing of this order to June 16, 2006 be excluded in computing the
8  time within which trial must commence under the Speedy Trial Act,
9  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
10 continuity and preparation of counsel.
11 Dated: May 3, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Acting Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
TUNG THANH HUYNH


/s/ Matthew C. Bockmon for
_____
KEVIN D. CLYMO
Attorney for Defendant
TRI HUU BUI


/s/ Matthew C. Bockmon for
_____
JOHN YONGJIN LEE
Attorney for Defendant
THO LE


/s/ Matthew C. Bockmon for
_____
CARL K. OSBORNE
Attorney for Defendant
MICHELLE CHAUN GOC LE

Stip & Order                            2

```
                                    /s/ Matthew C. Bockmon for
                                    _____
                                    ALEX ROBERT KESSEL
                                    Attorney for Defendant
                                    NAM GIA PHAMTRAN


                                    /s/ Matthew C. Bockmon for
                                    _____
                                    TIMOTHY E. WARRINER
                                    Attorney for Defendant
                                    THANG QUOC BUI

Dated: May 3, 2006

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    _____
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney
                                    per telephonic authority
```

### O R D E R

IT IS SO ORDERED.
Dated:  May 10, 2006

```
                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```

Stip & Order                                4