1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   TUNG THANH HUYNH
7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,       )  NO. CR-S-05-542 GEB
                                   )
13               Plaintiff,        )  STIPULATION AND [PROPOSED] ORDER
                                   )  CONTINUING STATUS CONFERENCE
14      v.                         )
                                   )
15 TUNG THANH HUYNH, et al.,       )  Date:  August 25, 2006
                                   )  Time:  9:00 a.m.
16               Defendants.       )  Judge: Garland E. Burrell, Jr.
                                   )
17 _____ )

18

19      It is hereby stipulated and agreed to between the United States of

20 America through Matthew C. Stegman, Assistant United States Attorney;

21 defendant, TRI HUU BUI, by and through his counsel, Lindsay A. Weston;

22 defendant, THO LE, by and through his counsel, John Lee; defendant,

23 MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborne;

24 defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel;

25 defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner;

26 and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon,

27 Assistant Federal Defender, that the status conference presently

28 scheduled for June 16, 2006 be vacated and rescheduled for status

1   conference on August 25, 2006 at 9:00 a.m.

2       The defense continues to review voluminous pages of discovery,

3   including wire tap recordings and transcriptions and further

4   continuance is needed to review this discovery, to prepare, to conduct

5   on-going factual investigations, and to locate and interview pertinent

6   witnesses.  In addition, new defense counsel has recently been

7   appointed to replace the late Kevin D. Clymo.

8       IT IS FURTHER STIPULATED that the period from June 16, 2006,

9   through and including August 25, 2006, be excluded in computing the

10  time within which trial must commence under the Speedy Trial Act,

11  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for

12  continuity and preparation of counsel.

13  Dated: June 14, 2006

                            Respectfully submitted,

14

                            DANIEL J. BRODERICK
15                          Federal Defender

16                          /s/ Matthew C. Bockmon

17                          _____
                            MATTHEW C. BOCKMON
                            Assistant Federal Defender
18                          Attorney for Defendant
                            TUNG THANH HUYNH
19


20                          /s/ Matthew C. Bockmon for

21                          _____
                            LINDSAY A. WESTON
22                          Attorney for Defendant
                            TRI HUU BUI
23


24                          /s/ Matthew C. Bockmon for

25                          _____
                            JOHN YONGJIN LEE
                            Attorney for Defendant
26                          THO LE

27

28


Stip & Order                        2

/s/ Matthew C. Bockmon for
_____
CARL K. OSBORNE
Attorney for Defendant
MICHELLE CHAUN GOC LE


/s/ Matthew C. Bockmon for
_____
ALEX ROBERT KESSEL
Attorney for Defendant
NAM GIA PHAMTRAN


/s/ Matthew C. Bockmon for
_____
TIMOTHY E. WARRINER
Attorney for Defendant
THANG QUOC BUI

Dated: June 14, 2006

MCGREGOR W. SCOTT
United States Attorney

/s/ Matthew C. Bockmon for
_____
MATTHEW C. STEGMAN
Assistant U.S. Attorney
per telephonic authority


**O R D E R**

IT IS SO ORDERED.

Dated:  June 19, 2006


/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                3