```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2
    MATTHEW C. BOCKMON, Bar #161566
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    TUNG THANH HUYNH
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,      )  NO. CR-S-05-542 GEB
                                   )
13              Plaintiff,         )  STIPULATION AND [PROPOSED] ORDER
                                   )  CONTINUING STATUS CONFERENCE
14       v.                        )
                                   )
15  TUNG THANH HUYNH, et al.,      )  Date:  September 29, 2006
                                   )  Time:  9:00 a.m.
16              Defendants.        )  Judge: Garland E. Burrell, Jr.
                                   )
17  _____)

18
```

19      It is hereby stipulated and agreed to between the United States of
20 America through Matthew C. Stegman, Assistant United States Attorney;
21 defendant, TRI HUU BUI, by and through his counsel, Lindsay A. Weston;
22 defendant, THO LE, by and through his counsel, John Lee; defendant,
23 MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborne;
24 defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel;
25 defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner;
26 and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon,
27 Assistant Federal Defender, that the status conference presently
28 scheduled for August 25, 2006 be vacated and rescheduled for status

1  conference on September 29, 2006 at 9:00 a.m.

2   The defense continues to review voluminous pages of discovery,
3  including wire tap recordings and transcriptions and further
4  continuance is needed to review this discovery, to prepare, to conduct
5  on-going factual investigations, and to locate and interview pertinent
6  witnesses.

7   IT IS FURTHER STIPULATED that the period from August 25, 2006,
8  through and including September 29, 2006, be excluded in computing the
9  time within which trial must commence under the Speedy Trial Act,
10 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
11 continuity and preparation of counsel.

12 Dated: August 23, 2006

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　　　/s/ Matthew C. Bockmon
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MATTHEW C. BOCKMON
　　　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　TUNG THANH HUYNH


　　　　　　　　　　　　　　　　　　　　/s/ Matthew C. Bockmon for
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LINDSAY A. WESTON
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　TRI HUU BUI

　　　　　　　　　　　　　　　　　　　　/s/ Matthew C. Bockmon for
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOHN YONGJIN LEE
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　THO LE

```
                                  /s/ Matthew C. Bockmon for
                                  _____
                                  CARL K. OSBORNE
                                  Attorney for Defendant
                                  MICHELLE CHAUN GOC LE


                                  /s/ Matthew C. Bockmon for
                                  _____
                                  ALEX ROBERT KESSEL
                                  Attorney for Defendant
                                  NAM GIA PHAMTRAN


                                  /s/ Matthew C. Bockmon for
                                  _____
                                  TIMOTHY E. WARRINER
                                  Attorney for Defendant
                                  THANG QUOC BUI

Dated: August 23, 2006

                                  MCGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Matthew C. Bockmon for
                                  _____
                                  MATTHEW C. STEGMAN
                                  Assistant U.S. Attorney
                                  per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated:  August 24, 2006

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge