1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   MATTHEW C. BOCKMON, Bar #161566
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorney for Defendant
   TUNG THANH HUYNH
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,        ) NO. CR-S-05-542 GEB
                                    )
13               Plaintiff,         ) STIPULATION AND [PROPOSED] ORDER
                                    ) CONTINUING STATUS CONFERENCE
14       v.                         )
                                    )
15 TUNG THANH HUYNH, et al.,        ) Date:  October 27, 2006
                                    ) Time:  9:00 a.m.
16               Defendants.        ) Judge: Garland E. Burrell, Jr.
                                    )
17 _____  )

18

19      It is hereby stipulated and agreed to between the United States of

20 America through Matthew C. Stegman, Assistant United States Attorney;

21 defendant, TRI HUU BUI, by and through his counsel, Lindsay A. Weston;

22 defendant, THO LE, by and through his counsel, John Lee; defendant,

23 MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborne;

24 defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel;

25 defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner;

26 and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon,

27 Assistant Federal Defender, that the status conference presently

28 scheduled for September 29, 2006, be vacated and rescheduled for status

conference on October 27, 2006, at 9:00 a.m.

The defense continues to review voluminous pages of discovery, including wire tap recordings and transcriptions and further continuance is needed to review this discovery, to prepare, to conduct on-going factual investigations, and to locate and interview pertinent witnesses.

IT IS FURTHER STIPULATED that the period from September 29, 2006, through and including October 27, 2006, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: September 28, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
TUNG THANH HUYNH


/s/ Matthew C. Bockmon for
_____
LINDSAY A. WESTON
Attorney for Defendant
TRI HUU BUI


/s/ Matthew C. Bockmon for
_____
JOHN YONGJIN LEE
Attorney for Defendant
THO LE

```
 1                                      /s/ Matthew C. Bockmon for
                                        _____
 2                                      CARL K. OSBORNE
                                        Attorney for Defendant
 3                                      MICHELLE CHAUN GOC LE

 4

 5                                      /s/ Matthew C. Bockmon for
                                        _____
 6                                      ALEX ROBERT KESSEL
                                        Attorney for Defendant
 7                                      NAM GIA PHAMTRAN

 8

 9                                      /s/ Matthew C. Bockmon for
                                        _____
10                                      TIMOTHY E. WARRINER
                                        Attorney for Defendant
11                                      THANG QUOC BUI

12   Dated: September 28, 2006

13                                      MCGREGOR W. SCOTT
                                        United States Attorney
14
                                        /s/ Matthew C. Bockmon for
15                                      _____
                                        MATTHEW C. STEGMAN
16                                      Assistant U.S. Attorney
                                        per telephonic authority
17

18

19                              O R D E R

20   IT IS SO ORDERED.

21   Dated:  September 28, 2006

22
                                        /s/ Garland E. Burrell, Jr.
23                                      GARLAND E. BURRELL, JR.
                                        United States District Judge
24

25

26

27

28


     Stip & Order                       3
```