IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED ABDELSALAM, | |
| Plaintiff, | 2:01-cv-1575-GEB-JFM |
| v. | <u>ORDER</u> |
| UNITED INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

The parties' stipulation filed October 24, 2006, to reschedule the trial, based on the health condition of a defense witness, is granted. Therefore, the trial date prescribed in the Final Pretrial Order filed August 17, 2006, is amended as follows: Trial to a jury will commence on March 27, 2007, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 24, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge