```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TUNG THANH HUYNH
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR-S-05-542 GEB |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER SETTING MOTIONS SCHEDULE AND EXCLUDING TIME |
| v. ) | |
| TUNG THANH HUYNH, et al., ) | Date: July 13, 2007 |
| Defendants. ) | Time: 9:00 a.m. |
| ) | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, TRI HUU BUI, by and through his counsel, Lindsay A. Weston; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborne; defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel; defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the following revised motion hearing date and briefing schedule be adopted by the Court:

1     Motions hearing date:        July 13, 2007

2     Motions to be filed by:      June 1, 2007

3     Government's response due:   June 15, 2007

4     Optional replies due:        June 22, 2007

5     The defense continues to review voluminous pages of discovery,
6 including wire tap recordings and transcriptions.  In addition, there
7 are on-going plea negotiations taking place.

8     IT IS FURTHER STIPULATED that the period from May 25, 2007,
9 through and including July 13, 2007, be excluded in computing the time
10 within which trial must commence under the Speedy Trial Act, pursuant
11 to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and
12 preparation of counsel and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code
13 T2 for complexity.

14 Dated: April 18, 2007

                                            Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Defender

                                            /s/ Matthew C. Bockmon
                                            _____
                                            MATTHEW C. BOCKMON
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            TUNG THANH HUYNH

                                            /s/ Matthew C. Bockmon for
                                            _____
                                            LINDSAY A. WESTON
                                            Attorney for Defendant
                                            TRI HUU BUI

                                            /s/ Matthew C. Bockmon for
                                            _____
                                            JOHN YONGJIN LEE
                                            Attorney for Defendant
                                            THO LE

```
                                    /s/ Matthew C. Bockmon for
                                    _____
                                    CARL K. OSBORNE
                                    Attorney for Defendant
                                    MICHELLE CHAUN GOC LE


                                    /s/ Matthew C. Bockmon for
                                    _____
                                    ALEX ROBERT KESSEL
                                    Attorney for Defendant
                                    NAM GIA PHAMTRAN



                                    /s/ Matthew C. Bockmon for
                                    _____
                                    TIMOTHY E. WARRINER
                                    Attorney for Defendant
                                    THANG QUOC BUI
Dated: April 18, 2007

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    _____
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney
                                    per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated:  April 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                              3