DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TUNG THANH HUYNH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-05-542 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING MOTIONS SCHEDULE AND EXCLUDING TIME |
| v. | |
| TUNG THANH HUYNH, et al., | Date:  August 17, 2007 |
| Defendants. | Time:  9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, TRI HUU BUI, by and through his counsel, Lindsay A. Weston; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborne; defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel; defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the following revised motion hearing date and briefing schedule be adopted by the Court:

| | |
|---|---|
| Motions to be filed by: | July 13, 2007 |
| Government's response due: | July 27, 2007 |
| Optional replies due: | August 3, 2007 |
| Motions hearing date: | August 17, 2007 |

The defense continues to review voluminous pages of discovery, including wire tap recordings and transcriptions.  In addition, there are on-going plea negotiations taking place.

IT IS FURTHER STIPULATED that the period from July 13, 2007, through and including August 17, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: May 31, 2007

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Matthew C. Bockmon
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
TUNG THANH HUYNH


/s/ Matthew C. Bockmon for
_____
LINDSAY A. WESTON
Attorney for Defendant
TRI HUU BUI


/s/ Matthew C. Bockmon for
_____
JOHN YONGJIN LEE
Attorney for Defendant
THO LE

Stip & Order                              2

```
                                /s/ Matthew C. Bockmon for
                                _____
                                CARL K. OSBORNE
                                Attorney for Defendant
                                MICHELLE CHAUN GOC LE


                                /s/ Matthew C. Bockmon for
                                _____
                                ALEX ROBERT KESSEL
                                Attorney for Defendant
                                NAM GIA PHAMTRAN


                                /s/ Matthew C. Bockmon for
                                _____
                                TIMOTHY E. WARRINER
                                Attorney for Defendant
                                THANG QUOC BUI

Dated: May 31, 2007

                                MCGREGOR W. SCOTT
                                United States Attorney

                                /s/ Matthew C. Bockmon for
                                _____
                                MATTHEW C. STEGMAN
                                Assistant U.S. Attorney
                                per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated:  June 4, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                3