LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
1477 Drew Avenue, Suite 106
Davis, California 95618
(530) 756-7774

Attorney for Defendant TRI BUI

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br> vs.<br><br>THO LE, et. al.,<br><br>    Defendants. | Case No.:  CR S-05-542  GEB<br><br>STIPULATION AND [PROPOSED] ORDER SETTING MOTIONS SCHEDULE AND EXCLUIDNG TIME<br>Date:   September 28, 2007<br>Time:   9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

  It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, TRI HUU BUI, by and through his counsel, Lindsay Weston; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborn; defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel: defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the following revised motion hearing date and briefing schedule be adopted by the Court:

  Motions to be filed by:    August 24, 2007

  Government's response due:  September 7, 2007

     Optional replies due:         September 14, 2007

     Motions hearing date:       September 28, 2007

     The defense continues to review voluminous pages of discovery, including wire tap records and transcriptions. In addition, there are on-going plea negotiations taking place.

     IT IS FURTHER STIPULATED that the period from August 17, 2007, (the date currently set for the motions hearing) through and including September 28, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. §3161 (h)(8)(B)(ii) and Local Code T2 for complexity.

Dated:  July 27, 2007                        Respectfully submitted,

/s/Lindsay Weston
_____
LINDSAY ANNE WESTON
Attorney for Defendant
TRUI HUU BUI

/s/ Lindsay Weston for
_____
JOHN YONGJIN LEE
Attorney for Defendant
THO LE

/s/ Lindsay Weston for
_____
CARL K. OSBORNE
Attorney for Defendant
MICHELLE CHAUN GOC LE

/s/Lindsay Weston for

_____
ALEX ROBERT KESSEL
Attorney for Defendant
NAM GIA PHAMTRAN

/s/ Lindsay Weston for

_____
TIMOTHY E. WARRINER
Attorney for Defendant
THANG QUOC BUI

/s/ Lindsay Weston for

_____
MATTHEW C. BOCKMON
Attorney for Defendant
TUNG THANH HUYNH

Date; July 27, 2007             MCGREGOR W. SCOTT
                                United States Attorney

/s/ Lindsay Weston for

_____
MATTHEW C. STEGMAN
Assistant United States Attorney
Per e-mail authority

**ORDER**

IT IS SO ORDRED.

Dated: July 27, 2007            _____
                                GARLAND E. BURRELL, JR.
                                United States District Judge

- 3