**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>THO LE, et. al.,<br><br>                    Defendants. | CASE NO.: 2:05-CR-542-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING MOTIONS SCHEDULE AND EXCLUDING TIME**<br><br>Date:   November 16, 2007<br>Time:  9:00 a.m.<br>Judge: Garland E. Burrell, Jr. |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Lindsay Weston; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborn; defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the following revised motion hearing date and briefing schedule be adopted by the Court:

| | |
|---|---|
| Motions to be filed by: | October 12, 2007 |
| Government's response due: | October 26, 2007 |
| Optional replies due: | November 2, 2007 |
| Motions hearing date: | November 16, 2007 |

1

The defense continues to review voluminous pages of discovery, including wire tap records and transcriptions. In addition, there are on-going plea negotiations taking place.

IT IS FURTHER STIPULATED that the period from September 28, 2007 (the date currently set for the motions hearing) through and including November 16, 2007, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: August 22, 2007            Respectfully submitted,


/s/ Alex R. Kessel
_____
ALEX R. KESSEL
Attorney for Defendant
NAM PHAMTRAN


/s/ Alex R. Kessel for
_____
LINDSAY ANNE WESTON
Attorney for Defendant
TRUI HUU BUI


/s/ Alex R. Kessel for
_____
JOHN YONGJIN LEE
Attorney for Defendant
THO LE


/s/ Alex R. Kessel for
_____
CARL K. OSBORNE
Attorney for Defendant
MICHELLE CHAUN GOC LE


/s/ Alex R. Kessel for
_____
TIMOTHY WARRINER
Attorney for Defendant
THANG QUOC BUI

|   |   |
|---|---|
|   | /s/ Alex R. Kessel for |
|   | _____ |
|   | MATTHEW BOCKMON |
|   | Attorney for Defendant |
|   | TUNG THANH HUYNH |

Dated: August 22, 2007                MCGREGOR W. SCOTT
                                      United States Attorney

                                      /s/ Alex R. Kessel for
                                      _____
                                      MATTHEW C. STEGMAN
                                      Assistant United States Attorney
                                      Per email authority

**ORDER**

IT IS SO ORDERED:

Dated:  August 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

3