**CARL K. OSBORNE**
STATE BAR NO. 42340
LAW OFFICES OF CARL K. OSBORNE
2141 Rosecrans Ave., Suite 1130
El Segundo, CA 90245
PH: (310) 414-9332
FX: (310) 414-9334

Attorney for Defendant
**MICHELLE CHAU NGOC LE**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No.  CR S-05-0542 GEB |
|                                    ) | |
|                                    ) | STIPULATION RE: PERMISSION FOR |
|             Plaintiff,             ) | DEFENDANT TO LEAVE CENTRAL |
|                                    ) | DISTRICT JURISDICTION; ORDER |
|                                    ) | THEREON |
|             vs.                    ) | |
|                                    ) | |
| THO LE, aka DAVE, TRI HUU BUI, TUNG ) | Place: Courtroom 10 |
| THANH HUYNH, MICHELLE CHAU NGOC    ) | BEFORE: Judge Garland E. Burrell, Jr. |
| LE, NAM GIA PHAMTRAN,              ) | |
|                                    ) | |
|                                    ) | |
|             Defendants.            ) | |
| _____) | |

IT IS HEREBY STIPULATED, by and between plaintiff, the UNITED STATES OF AMERICA, and defendant MICHELLE CHAU NGOC LE, through her counsel of record that:

1. Defendant, Michelle Chau Ngoc Le be permitted to leave the jurisdiction of the Central District in order to travel with her family to Las Vegas, Nevada, from September 21, 2007,  to September 23, 2007, for a period of three (3) days;

2. Defendant, Michelle Chau Ngoc Le, upon arriving in Las Vegas, Nevada shall contact her pretrial services officer, Staci Barrios at (714)338-4561, and advise her of the defendant's location of residence and telephone number in Las Vegas; and

3. Defendant, Michelle Chau Ngoc Le, upon returning to her place of residence in

the Central District shall contact her pretrial services officer, Staci Barrios at (714)338-4561, and advise her of the defendant's return from Las Vegas, Nevada..

Dated: September 13, 2007        /s/ CARL K. OSBORNE
                                 CARL K. OSBORNE
                                 Attorney for Defendant,
                                 MICHELLE CHAU NGOC LE


Dated: September 14, 2007        /s/ MATTHEW W. STEGMAN
                                 MATTHEW W. STEGMAN
                                 Assistant Untied States Attorney for
                                 Plaintiff, UNITED STATES OF AMERICA


**ORDER**

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**


                                 GARLAND E. BURRELL, JR.
                                 Chief United States District Judge