1  LAW OFFICES OF SCOTT L. TEDMON
   A Professional Corporation
2  SCOTT L. TEDMON, CA. BAR # 96171
   717 K Street, Suite 227
3  Sacramento, California 95814
   Telephone: (916) 441-4540
4  Email: tedmonlaw@comcast.net

5  Attorney for Defendant
   TRI HUU BUI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. Cr. S-05-542 GEB |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER SETTING REVISED MOTION SCHEDULE; EXCLUSION OF TIME |
| | ) | |
| THO LE, et al., | ) | |
| Defendants. | ) | |

It is hereby stipulated and agreed to between the United States of America, through Assistant U.S. Attorney Matthew C. Stegman; defendant TRI HUU BUI, through his counsel Scott L. Tedmon; defendant MICHELLE CHAU NGOC LE, through her counsel Carl K. Osborne; defendant NAM GIA PHAMTRAN, through his counsel Alex R. Kessel; defendant THANG QUOC BUI, through his counsel Timothy E. Warriner; defendant TUNG THANH HUYNH, through his counsel Matthew C. Bockmon; and defendant THO LE, through his counsel John Y. Lee, that the following revised motion schedule and hearing date be adopted by the Court:

| | |
|---|---|
| Defense motions to be filed by: | January 11, 2008 |
| Government response due: | January 25, 2008 |
| Defense reply due: | February 1, 2008 |
| Motions hearing date: | February 15, 2008 at 9:00 a.m. |

- 1 -

1   This revised motion schedule is being submitted based on the fact that Scott L. Tedmon was
2   recently appointed to represent defendant Tri Huu Bui. It is necessary for defendant Tri Huu Bui's
3   newly-appointed counsel to review the file, charges, discovery and meet with his client in order to
4   determine what motions, if any, should be filed. Beyond reviewing the discovery and other matters
5   in this case, it may be necessary to conduct defense investigation as well as discuss a potential
6   resolution of this case with the government.

7   Based on the foregoing, all counsel stipulate that this Court adopt the revised motion
8   schedule and hearing date. Shani Furstenau has approved the revised motion schedule and hearing
9   date. No jury trial date has been set in this case.

## SPEEDY TRIAL ACT - EXCLUSION OF TIME

11   The parties stipulate the Court should find that time be excluded through February 15, 2008,
12   under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
13   continuity and preparation of counsel, and 18 U.S.C. § 3161 (h)(8)(B)(ii) and Local Code T2 for
14   complexity. The parties stipulate and agree that the interests of justice served by granting this
15   continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C.
16   § 3161(h)(8)(A).

17   Finally, Scott L. Tedmon has been authorized by all counsel to sign this stipulation on their
18   behalf.

19   **IT IS SO STIPULATED.**

20   DATED: October 24, 2007          McGREGOR W. SCOTT
                                       United States Attorney

                                        /s/ Matthew C. Stegman
22                                      MATTHEW C. STEGMAN
                                        Assistant U.S. Attorney

24   DATED: October 24, 2007          LAW OFFICES OF SCOTT L. TEDMON

25                                      /s/ Scott L. Tedmon
                                        SCOTT L. TEDMON
26                                      Attorney for Tri Huu Bui

| | | |
|---|---|---|
| 1 | DATED: October 24, 2007 | LAW OFFICES OF JOHN Y. YEE |
| 2 | | /s/ John Y. Yee |
| | | JOHN E. VIRGA |
| 3 | | Attorney for Tho Le |
| 4 | DATED: October 24, 2007 | OFFICE OF THE FEDERAL DEFENDER |
| 5 | | /s/ Matthew C. Bockmon |
| | | MATTHEW C. BOCKMON |
| 6 | | Attorney for Tung Thanh Huynh |
| 7 | DATED: October 24, 2007 | LAW OFFICES OF CARL K. OSBORNE |
| 8 | | /s/ Carl K. Osborne |
| | | CARL K. OSBORNE |
| 9 | | Attorney for Michelle Chau Ngoc Le |
| 10 | DATED: October 24, 2007 | LAW OFFICES OF ALEX R. KESSEL |
| 11 | | /s/ Alex R. Kessel |
| | | ALEX R. KESSEL |
| 12 | | Attorney for Nam Gia Phamtran |
| 13 | DATED: October 24, 2007 | LAW OFFICES OF TIMOTHY E. WARRINER |
| 14 | | /s/ Timothy E. Warriner |
| | | TIMOTHY E. WARRINER |
| 15 | | Attorney for Thang Quoc Bui |

**ORDER**

GOOD CAUSE APPEARING and based upon the above stipulation, IT IS HEREBY ORDERED that the following revised motion schedule is adopted:

| | |
|---|---|
| Defense motions to be filed by: | January 11, 2008 |
| Government response due: | January 25, 2008 |
| Defense reply due: | February 1, 2008 |
| Motions hearing date: | February 15, 2008 at 9:00 a.m. |

Based upon the above stipulation, the Court finds that time be excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 continuity and preparation of counsel, and 18 U.S.C. § 3161(h)(8)(B)(ii) and Local Code T2 for complexity through February 15, 2008, the date for hearing on the motions.  The Court finds that the interests of justice served by granting this revised motion schedule outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

**IT IS SO ORDERED.**

DATED: October 30, 2007

GARLAND E. BURRELL, JR.
United States District Judge