**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER SETTING MOTIONS SCHEDULE AND EXCLUDING TIME |
| vs. | |
| THO LE, et. al., | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Lindsay Weston; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborn; defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the following revised motion hearing date and briefing schedule be adopted by the Court:

| | |
|---|---|
| Motions to be filed by: | February 8, 2008 |
| Government's response due: | February 22, 2008 |
| Optional replies due: | February 29, 2008 |
| Motions hearing date: | March 14, 2008 |

This revised motion schedule is being submitted based on the fact that attorney Alex Kessel is presently engaged in trial in the matter of <u>People vs. Maria Quijano</u>, case number LA048968, in Department 103 of the Los Angeles County Superior Court, Central District in Los Angeles. This is a multiple defendant murder case wherein the defendants are presently in custody.

IT IS FURTHER STIPULATED that the period from February 15, 2008 (the date currently set for the motions hearing) through and including March 14, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: January 10, 2008                    Respectfully submitted,


                                           /s/ Alex R. Kessel
                                           _____
                                           ALEX R. KESSEL
                                           Attorney for Defendant
                                           NAM PHAMTRAN


                                           /s/ Scott Tedmon
                                           _____
                                           SCOTT L. TEDMON
                                           Attorney for Defendant
                                           TRUI HUU BUI


                                           /s/ John Yongjin Lee
                                           _____
                                           JOHN YONGJIN LEE
                                           Attorney for Defendant
                                           THO LE


                                           /s/ Carl K. Osborne
                                           _____
                                           CARL K. OSBORNE
                                           Attorney for Defendant
                                           MICHELLE CHAUN GOC LE

|   |   |
|---|---|
| 1 | /s/ Timothy Warriner |
| 2 | TIMOTHY WARRINER<br>Attorney for Defendant |
| 3 | THANG QUOC BUI |
| 4 |   |
| 5 | /s/ Matthew Bockmon |
| 6 | MATTHEW BOCKMON<br>Attorney for Defendant |
| 7 | TUNG THANH HUYNH |
| 8 | Dated: January 10, 2008     MCGREGOR W. SCOTT<br>United States Attorney |

/s/ Matthew C. Stegman

MATTHEW C. STEGMAN
Assistant United States Attorney
Per email authority

**ORDER**

IT IS SO ORDERED:

Dated: January 11, 2008

GARLAND E. BURRELL, JR.
United States District Judge

3