UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>(916)838-4818,<br><br>                Defendant.<br>_____/<br>UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>THO LE,<br>TUNG HUYNH,<br>TRI BUI,<br>MICHELLE LE,<br>NAM PHAM TRAN, and<br>THANG BUI,<br><br>                Defendants.<br>_____/ | SW-05-00061 LKK<br><br><br><br><br><br><br><br>CR. NO. S-05-542 GEB<br><br><br><br><br><br>**NON-RELATED CASE ORDER** |

    The court has discussed the notice of related cases with Judge Burrell.  We have determined not to relate the cases.

////

IT IS SO ORDERED.

DATED: March 4, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT