1  John Y. Lee, Esq., Bar #152477
   Law Offices of John Y. Lee
2  800 Wilshire Boulevard, Suite 530
   Los Angeles, California 90017
3  Tel: (213) 489-7361
   criminal.attorney@att.net
4

   Attorney for Defendant
5  THO LE

6              IN THE UNITED STATES DISTRICT COURT

7             FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   Case No.: CR-S-05-542-GEB
                                    )
9             Plaintiff,            )   STIPULATION TO CONTINUE AND
                                    )   [PROPOSED] ORDER
10                                  )
          vs.                       )
11                                  )
   THO LE,                          )
12                                  )
              Defendant             )
13

14
         It is hereby stipulated and agreed to between the United States of America through
15
   Matthew C. Stegman, Assistant United States Attorney; defendant, TRI HUU BUI, by and
16
   through his counsel, Scott L. Tedmon; defendant, MICHELLE CHAUN GOC LE, by and
17
   through her counsel, Carl K. Osborne; defendant, NAM GIA PHAMTRAN, by and through his
18
   counsel, Alex R. Kessel; defendant, THANG QUOC BUI, by and through his counsel, Timothy
19
   E. Warriner; defendant, TUNG THANH HUYNH, by and through his counsel, Matthew C.
20
   Bockmon, Assistant Federal Defender; and THO LE, by and through his counsel, John Y. Lee,
21
   that the motion's hearing date be continued until May 2, 2008.
22

23

24

25

DECLARATION OF JOHN Y. LEE

I, John Y. Lee, declare:

1. That I, John Y. Lee, am attorney of record for defendant THO LE.

2. That the defense is requesting additional time to possibly resolve this case since there is on-going plea negotiations taking place.

3. That I spoke to AUSA, Matthew C. Stegman, during the first week of March because I was informed that Alex R. Kessel would be in trial. Mr. Stegman intimated that he would prefer if motion's hearing is May 2, 2008.

4. That I have contacted all the counsel in this matter, and that stipulated date for the motion's hearing is May 2, 2008.

I declare under penalty of perjury that the above is true and correct, dated this 12th of March, 2008, at Los Angeles, California.

Respectfully submitted,

/s/ John Y. Lee

_____
JOHN Y. LEE
Attorney for Defendant
THO LE

/s/ John Y. Lee for

_____
MATTHEW C. STEGMAN
Assistant U.S. Attorney

/s/ John Y. Lee for

_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
TUNG THAHN HUYNH

//

//

//

1   /s/ John Y. Lee for

2   _____
    SCOTT L. TEDMON
3   Attorney for Defendant
    TRI HUU BUI

4   /s/ John Y. Lee for

5   _____
    CARL K. OSBORNE
6   Attorney for Defendant
    MICHELLE CHAUN GOC LE

7   /s/ John Y. Lee for

8   _____
    ALEX R. KESSEL
9   Attorney for Defendant
    NAM GIA PHAMTRAN

10

11  /s/ John Y. Lee for

12  _____
    TIMOTHY E. WARRINER
    Attorney for Defendant
13  THANG QUOC BUI

14

15

16

17

18

19

20

21

22

23

24

25

<u>ORDER</u>

   IT IS SO ORDERED,

DATED: March 12, 2008

_____
GARLAND E. BURRELL, JR.
Chief United States District Judge