John Y. Lee, Esq., SBN 152477
Law Offices of John Y. Lee
800 Wilshire Boulevard, Ste. 530
Los Angeles, California 90017
Tel: (213) 489-7361
Fax: (213) 489-9705
criminal.attorney@att.net

IN THE UNITED STATES OF AMERICA

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.: CR-S-05-542-GEB |
|---|---|
| Plaintiff, | ) EX PARTE APPLICATION RE: PERMISSION FOR DEFENDANT TO LEAVE EASTERN DISTRICT JURISDICTION; ORDER THEREON |
| vs. | |
| THO LE, | |
| Defendant | |

TO THE HONORABLE GARLAND E. BURRELL, JR., DISTRICT JUDGE FOR THE EASTERN DISTRICT OF CALIFORNIA.

Defendant Tho Le, by and through his counsel, John Y. Lee, hereby seeks an order from this Honorable Court granting defendant Mr. Tho Le permission to travel to Vietnam, from April 12, 2008 through April 30, 2008, for an emergency visit with his ill mother.

This request is based upon this ex parte application and the declaration of John Y. Lee.

DATED: April 10, 2008

Respectfully submitted,

/s/ John Y. Lee

_____
John Y. Lee
Attorney for Defendant
Tho Le

## DECLARATION OF JOHN Y. LEE

I, John Y. Lee, Esq., declare:

1. I, John Y. Lee, am attorney of record for defendant Tho Le.

2. My client is presently out on bond.

3. Mr. Tho Le request the Court's permission to travel to Vietnam from April 12, 2008 through April 30, 2008.  Mr. Le was adopted and flown to the United States at a young age. Mr. Le has reunited with his birth mother in Vietnam and she is ill.  Mr. Le request an emergency visit with his mother.

4. That Assistant United States Attorney, Mr. Matthew Stegman has represented to me that he would not oppose Mr. Tho Le's travel to Vietnam.

5. That United States Pretrial Officer Steven J. Sheehan has represented that he would not oppose Mr. Le's travel to Vietnam.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of April, 2008, in Los Angeles, California.

/s/ John Y. Lee
_____
John Y. Lee
Attorney for Defendant
Tho Le

## ORDER

IT IS SO ORDERED, that Mr. Tho Le be allowed to travel to Vietnam on April 12, 2008 until April 30, 2008 and that the United States Pretrial Office, the Drug Enforcement Agency, the Court Clerk, and/or any other agency possessing Mr. Le's Resident Alien Identification card, aka, green card, and social security card shall release them to Mr. Tho Le, and Mr. Le shall return the Resident Alien Identification card and social security card to the requisite government agency the next day after he returns to the United States from Vietnam.

DATED: April 10, 2008

```
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```