**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THO LE, et. al.,<br><br>Defendants. | CASE NO.: 2:05-CR-542-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE |

    It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborn; defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the motions hearing date currently set for May 2, 2008 at 9:00am, be continued to June 13, 2008 at 9:00am.

    Counsel for Defendant Phamtran is presently engaged in trial in the matter of People vs. David Murray, case number BA267040 in Department 108 of the Los Angeles County Superior Court, Central District in Los Angeles. This is an multiple count sexual assault case wherein the defendant is presently in custody.

1

1  IT IS FURTHER STIPULATED that the period from May 2, 2008(the date currently set for
2 the motions hearing) through and including June 13, 2008, be excluded in computing the time within
3 which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)
4 and Local Code T4 for continuity and preparation of counsel and 18 U.S.C. §§3161(h)(8)(B)(ii) and
5 Local Code T2 for complexity.

6  Dated: April 29, 2008                    Respectfully submitted,

8                                           /s/ Alex R. Kessel
9                                           _____
                                            ALEX R. KESSEL
                                            Attorney for Defendant
10                                          NAM PHAMTRAN

12                                          /s/ Alex R. Kessel for
13                                          _____
                                            SCOTT L. TEDMON
                                            Attorney for Defendant
14                                          TRUI HUU BUI

16                                          /s/ Alex R. Kessel for
                                            _____
                                            JOHN YONGJIN LEE
17                                          Attorney for Defendant
                                            THO LE

19                                          /s/ Alex R. Kessel for
20                                          _____
                                            CARL K. OSBORNE
                                            Attorney for Defendant
21                                          MICHELLE CHAUN GOC LE

23                                          /s/ Alex R. Kessel for
                                            _____
                                            TIMOTHY WARRINER
24                                          Attorney for Defendant
                                            THANG QUOC BUI

26                                          /s/ Alex R. Kessel for
27                                          _____
                                            MATTHEW BOCKMON
                                            Attorney for Defendant
28                                          TUNG THANH HUYNH

| | |
|---|---|
| Dated: April 29, 2008 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Alex R. Kessel for<br><br>_____<br>MATTHEW C. STEGMAN<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED:

Dated:  April 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge