**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| vs. | |
| THO LE, et. al., | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborn; defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the motions hearing date currently set for June 13, 2008 at 9:00am, be continued to August 8, 2008 at 9:00am.

Counsel for Defendant Phamtran is presently engaged in trial in the matter of People vs. Leonardo Diaz, case number  GA 061 568 in Department X of the Los Angeles Superior Court, Northeast District in Alhambra. This is an attempted murder case wherein the  defendant is presently in custody.

1

1  IT IS FURTHER STIPULATED that the period from June 13, 2008 (the date currently set
2  for the motions hearing) through and including August 8, 2008, be excluded in computing the time
3  within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.
4  §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C.
5  §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

Dated: June 11, 2008                           Respectfully submitted,


/s/ Alex R. Kessel
_____
ALEX R. KESSEL
Attorney for Defendant
NAM PHAMTRAN


/s/ Alex R. Kessel for
_____
SCOTT L. TEDMON
Attorney for Defendant
TRUI HUU BUI


/s/ Alex R. Kessel for
_____
JOHN YONGJIN LEE
Attorney for Defendant
THO LE


/s/ Alex R. Kessel for
_____
CARL K. OSBORNE
Attorney for Defendant
MICHELLE CHAUN GOC LE


/s/ Alex R. Kessel for
_____
TIMOTHY WARRINER
Attorney for Defendant
THANG QUOC BUI


/s/ Alex R. Kessel for
_____
MATTHEW BOCKMON
Attorney for Defendant
TUNG THANH HUYNH

2

| | |
|---|---|
| Dated: June 11, 2008 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Alex R. Kessel for<br><br>_____<br>MATTHEW C. STEGMAN<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED:

Dated:  June 12, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3