1  **ALEX R. KESSEL (State Bar No. 110715)**
   16000 Ventura Blvd.
2  Penthouse Suite 1208
   Encino, California 91436-2746
3  Telephone: (818) 995-1422
   Facsimile: (818) 788-9408
4  Email: kessellaw@sbcglobal.net

5

   Attorney for Defendant
6  **NAM PHAMTRAN**

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,          )   **CASE NO.: 2:05-CR-542-GEB**
                                       )
12              Plaintiff,             )   **STIPULATION AND [PROPOSED]**
                                       )   **ORDER TO CONTINUE**
13  vs.                                )
                                       )
14  THO LE, et. al.,                   )
                                       )
15              Defendants.            )
                                       )
16  _____)

17        It is hereby stipulated and agreed to between the United States of America through Matthew

18  C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his

19  counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon;

20  defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC

21  LE, by and through her counsel, Carl Osborn; defendant THANG QUOC BUI, by and through his

22  counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C.

23  Bockman, Assistant Federal Defender, that the motions hearing date currently set for August 8, 2008

24  at 9:00am, be continued to October 3, 2008 at 9:00am.

25        Counsel requires additional time to continue possible plea negotiations with the government.

26        IT IS FURTHER STIPULATED that the period from August 8, 2008 (the date currently set

27  for the motions hearing) through and including October 3, 2008, be excluded in computing the time

28  within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.

                                        1

1  §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C.

2  §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

3

4  Dated: August 4, 2008                    Respectfully submitted,

5

6                                           /s/ Alex R. Kessel

7                                           _____
                                            ALEX R. KESSEL
                                            Attorney for Defendant
8                                           NAM PHAMTRAN

9

10                                          /s/ Alex R. Kessel for

11                                          _____
                                            SCOTT L. TEDMON
                                            Attorney for Defendant
12                                          TRUI HUU BUI

13                                          /s/ Alex R. Kessel for

14                                          _____
                                            JOHN YONGJIN LEE
                                            Attorney for Defendant
15                                          THO LE

16

17                                          /s/ Alex R. Kessel for

18                                          _____
                                            CARL K. OSBORNE
                                            Attorney for Defendant
19                                          MICHELLE CHAUN GOC LE

20                                          /s/ Alex R. Kessel for

21                                          _____
                                            TIMOTHY WARRINER
                                            Attorney for Defendant
22                                          THANG QUOC BUI

23

24                                          /s/ Alex R. Kessel for

25                                          _____
                                            MATTHEW BOCKMON
                                            Attorney for Defendant
26                                          TUNG THANH HUYNH

27

28

1    Dated: August 4, 2008

2

3

4

5

6

7    IT IS SO ORDERED:

8    Dated:  August 8, 2008

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MCGREGOR W. SCOTT
United States Attorney

/s/ Alex R. Kessel for

_____
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

_____
GARLAND E. BURRELL, JR.
United States District Judge

3