DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW C. BOCKMON, Bar #161566
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
TUNG THANH HUYNH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-05-542 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING MOTIONS HEARING |
| v. | |
| TUNG THANH HUYNH, et al., | Date:  November 7, 2008 |
| Defendants. | Time:  9:00 a.m. |
| | Judge: Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED AND AGREED TO between the United States of America through Matthew Stegman, Assistant United States Attorney; defendant, TRI HUU BUI, by and through his counsel, Kevin Clymo; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborne; defendant, NAM GIA PHAMTRAN, by and through his counsel, Alex Kessel; defendant, THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockmon, Assistant Federal Defender, that the motions hearing presently scheduled for October 3, 2008 be vacated and rescheduled for motions hearing on November 7, 2008 at 9:00 a.m.

//

1     The parties are in the midst of earnest plea negotiations.
2     IT IS FURTHER STIPULATED that the period from the date of the
3  signing of this order to November 7, 2008 be excluded in computing the
4  time within which trial must commence under the Speedy Trial Act,
5  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
6  continuity and preparation of counsel.
7  Dated: September 30, 2008

                                    Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

                                    /s/ Matthew C. Bockmon
                                    _____
                                    MATTHEW C. BOCKMON
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    TUNG THANH HUYNH


                                    /s/ Matthew C. Bockmon for
                                    _____
                                    KEVIN D. CLYMO
                                    Attorney for Defendant
                                    TRI HUU BUI


                                    /s/ Matthew C. Bockmon for
                                    _____
                                    JOHN YONGJIN LEE
                                    Attorney for Defendant
                                    THO LE


                                    /s/ Matthew C. Bockmon for
                                    _____
                                    CARL K. OSBORNE
                                    Attorney for Defendant
                                    MICHELLE CHAUN GOC LE


                                    /s/ Matthew C. Bockmon for
                                    _____
                                    ALEX ROBERT KESSEL
                                    Attorney for Defendant
                                    NAM GIA PHAMTRAN

Stip & Order                        2

```
                                    /s/ Matthew C. Bockmon for
                                    _____
                                    TIMOTHY E. WARRINER
                                    Attorney for Defendant
                                    THANG QUOC BUI

Dated: September 30, 2008


                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Matthew C. Bockmon for
                                    _____
                                    MATTHEW C. STEGMAN
                                    Assistant U.S. Attorney
                                    per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated:  September 30, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order                                3