**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:05-CR-542-GEB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| vs. | |
| THO LE, et. al., | |
| Defendants. | |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborn; defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the motions hearing date currently set for November 7, 2008 at 9:00am, be continued to December 12, 2008 at 9:00am.

Counsel requires additional time to continue possible plea negotiations with the government.

IT IS FURTHER STIPULATED that the period from November 7, 2008(the date currently set for the motions hearing) through and including December 12, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.

1  §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C.
2  §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

4  Dated: November 3, 2008                    Respectfully submitted,

6                                              /s/ Alex R. Kessel
                                               _____
7                                              ALEX R. KESSEL
                                               Attorney for Defendant
8                                              NAM PHAMTRAN

10                                             /s/ Alex R. Kessel for
                                               _____
11                                             SCOTT L. TEDMON
                                               Attorney for Defendant
12                                             TRUI HUU BUI

14                                             /s/ Alex R. Kessel for
                                               _____
15                                             JOHN YONGJIN LEE
                                               Attorney for Defendant
16                                             THO LE

17                                             /s/ Alex R. Kessel for
                                               _____
18                                             CARL K. OSBORNE
                                               Attorney for Defendant
19                                             MICHELLE CHAUN GOC LE

20                                             /s/ Alex R. Kessel for
                                               _____
21                                             TIMOTHY WARRINER
                                               Attorney for Defendant
22                                             THANG QUOC BUI

24                                             /s/ Alex R. Kessel for
                                               _____
25                                             MATTHEW BOCKMON
                                               Attorney for Defendant
26                                             TUNG THANH HUYNH

| | |
|---|---|
| Dated: November 3, 2008 | MCGREGOR W. SCOTT<br>United States Attorney |
| | /s/ Alex R. Kessel for |
| | _____<br>MATTHEW C. STEGMAN<br>Assistant United States Attorney |

**ORDER**

IT IS SO ORDERED:

Dated:  November 5, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge