1  John Y. Lee, Bar #152477
   Law Offices of John Y. Lee
2  800 Wilshire Boulevard, Suite 530
   Los Angeles, California 90017
3  Tel:(213) 489-7361
   Fax:(213) 489-9705
4  criminal.attorney@att.net

5  Attorney for Defendant
   THO LE
6
                    IN THE UNITED STATES DISTRICT COURT
7
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,          )    Case No.: CR-S-05-542-GEB
                                      )
10              Plaintiff,            )
                                      )    STIPULATION TO CONTINUE AND
11         vs.                        )     ORDER
                                      )
12                                    )
   THO LE,                            )
13                                    )
                Defendant.            )
14                                    )
                                      )
15
          It is hereby stipulated and agreed to between the United States of America through
16
   Matthew C. Stegman, Assistant United States Attorney; defendant, TRI HUU BUI, by and
17
   through his counsel, Scott L. Tedmon; defendant MICHELLE CHAUN GOC LE, by and through
18
   her counsel, Carl K. Osborne; defendant, NAM GIA PHAMTRAN, by and through his counsel,
19
   Alex R. Kessel; defendant, THANG QUOC BUI, by and through his counsel, Timothy E.
20
   Warriner; defendant, TUNG THANH HUYNH, by and through his counsel, Matthew C.
21
   Bockmon, Assistant Federal Defender; and THO LE, by and through his counsel, John Y. Lee,
22
   that this motion's hearing date be continued until Janurary 16,2009.
23

24

25

26

27

28

DECLARATION OF JOHN Y. LEE

I, John Y. Lee, declare:

1. That I, John Y. Lee, am attorney of record for defendant THO LE.
2. That I am currently engaged in trial in the matter of People v. Andy Lau (KA084099).
3. That the parties are trying to resolve this matter and plea agreements have been issued in this matter.
4. That I have contacted all the counsel in this matter, and the court's clerk, and confirmed that stipulated date of January 16, 2009 for the motion's hearing is convenient for all the parties' schedule.

I declare under penalty of perjury that the above is true and correct, dated this 9th of December, 2008, at Los Angeles, California.

Respectfully submitted,

/s/ John Y.Lee
_____
JOHN Y. LEE
Attorney for Defendant
THO LE

/s/ John Y. Lee for
_____
MATTTHEW C. STEGMAN
Assistant U.S. Attorney

/s/ John Y. Lee for
_____
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for Defendant
TUNG THAHN HUYNH

/s/ John Y. Lee for
_____
SCOTT L. TEDMON
Attorney for Defendant
TRI HUU BUI

- 2 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

/s/ John Y. Lee for

_____
CARL K. OSBORNE
Attorney for Defendant
MICHELLE CHAUN GOC LE

/s/ John Y. Lee for

_____
ALEX R. KESSEL
Attorney for Defendant
NAM GIA PHAMTRAN

/s/ John Y. Lee for

_____
TIMOTHY E. WARRINER
Attorney for Defendant
THANG QUOC BUI

1  ORDER

2       IT IS SO ORDERED, that the motions hearing date is continued until January 16,
3  2009.

4  Dated: December 11, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge