**ALEX R. KESSEL (State Bar No. 110715)**
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
**NAM PHAMTRAN**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THO LE, et. al.,<br><br>Defendants. | CASE NO.: 2:05-CR-542-GEB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE |

It is hereby stipulated and agreed to between the United States of America through Matthew C. Stegman, Assistant United States Attorney; defendant, NAM PHAMTRAN, by and through his counsel, Alex R. Kessel, defendant, TRI HUU BUI, by and through his counsel Scott L. Tedmon; defendant, THO LE, by and through his counsel, John Lee; defendant, MICHELLE CHAUN GOC LE, by and through her counsel, Carl Osborn; defendant THANG QUOC BUI, by and through his counsel, Tim Warriner; and TUNG THANH HUYNH, by and through his counsel, Matthew C. Bockman, Assistant Federal Defender, that the motions hearing date currently set for January 16, 2009 at 9:00am, be continued to March 13, 2009 at 9:00am.

Counsel requires additional time to continue possible plea negotiations with the government.

IT IS FURTHER STIPULATED that the period from January 16, 2009(the date currently set for the motions hearing) through and including March 13, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C.

1

1  §3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel and 18 U.S.C.
2  §§3161(h)(8)(B)(ii) and Local Code T2 for complexity.

4  Dated: January 13, 2009                    Respectfully submitted,

6                                             /s/ Alex R. Kessel
                                              _____
7                                             ALEX R. KESSEL
                                              Attorney for Defendant
8                                             NAM PHAMTRAN

10                                            /s/ Alex R. Kessel for
                                              _____
11                                            SCOTT L. TEDMON
                                              Attorney for Defendant
12                                            TRUI HUU BUI

14                                            /s/ Alex R. Kessel for
                                              _____
15                                            JOHN YONGJIN LEE
                                              Attorney for Defendant
16                                            THO LE

17                                            /s/ Alex R. Kessel for
                                              _____
18                                            CARL K. OSBORNE
                                              Attorney for Defendant
19                                            MICHELLE CHAUN GOC LE

20                                            /s/ Alex R. Kessel for
                                              _____
21                                            TIMOTHY WARRINER
                                              Attorney for Defendant
22                                            THANG QUOC BUI

24                                            /s/ Alex R. Kessel for
                                              _____
25                                            MATTHEW BOCKMON
                                              Attorney for Defendant
26                                            TUNG THANH HUYNH

1 | Dated: January 13, 2009

MCGREGOR W. SCOTT
United States Attorney

/s/ Alex R. Kessel for

_____
MATTHEW C. STEGMAN
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED:

Dated: January 16, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge