1 | John Y. Lee, Bar #152477
Law Offices of John Y. Lee
2 | 800 Wilshire Boulevard, Suite 530
Los Angeles, California 90017
3 | Tel:(213) 489-7361
Fax:(213) 489-9705
4 | criminal.attorney@att.net

5 | Attorney for Defendant

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. No. 2:05-CR-542-GEB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT |
| THO LE, | |
| Defendant. | |

The parties are scheduled to appear before the Court on May 29, 2009 at 1:30 p.m. The parties stipulate and hereby request that the sentencing hearing be continued until June 26, 2009 at 9:00 a.m. Counsels require additional time to address the probation and sentencing report.

Accordingly, the parties stipulate and request that the Court find that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial, 18 U.S.C. §§ (h) (8) (B) (iv) and time, therefore will be excluded from May 29, 2009, to June 26, 2009.

| | |
|---|---|
| 1 | DATE: April 30, 2009 |
| 2 | Respectfully submitted, |
| 3 | /s/ John Y. Lee |
| | JOHN Y. LEE |
| 4 | Attorney for Defendant Le |
| 5 | |
| 6 | /s/ John Y. Lee for |
| | MATTHEW STEGMAN |
| 7 | United States Attorney |

SO ORDERED

Dated:  May 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge