John Y. Lee, SBN 152477
Law Offices of John Y. Lee
800 Wilshire Boulevard., Suite. 530
Los Angeles, California 90017
Tel:(213) 489-7361
Fax:(213) 489-9705
criminal.attorney@att.net
Attorney for Defendant THO LE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-05-542-GEB |
| Plaintiff | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE OBJECTIONS PRESENTENCE INVESTIGATION REPORT AND FINAL SENTENCING REPORT. |
| THO LE, | |
| Defendant. | |

Defendant, Tho Le, and the Government jointly request to continue the informal and formal objections to the Presentence Investigation Report and the filing of the final sentencing report. The informal objection date was May 2009, and the formal objections and final sentencing report are due on May 22, 2009. The Court has continued the Sentencing Hearing to June 26, 2009. Therefore, the parties are requesting that informal objections date be set for May 29, 2009, and that the formal objections and that the final sentencing report be filed on June 12, 2009.

DATED: May 4, 2009  /s/ John Y. Lee
Attorney for Defendant, Tho Le

DATED: May 4, 2009  /s/ John Y. Lee for
Matthew Stegman
Assistant United States Attorney

## ORDER

It is so ordered. The informal objections date to the Presentence Investigation report shall be May 29, 2009, and the formal objections and the final sentencing report shall be filed on June 12, 2009.

Dated: May 11, 2009

GARLAND E. BURRELL, JR.
United States District Judge