UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable Garland E. Burrell, Jr.<br>United States District Judge<br>Sacramento, California | **RE:  Tho  Le**<br>**Docket Number:  2:05CR00542-01**<br>**PERMISSION TO TRAVEL**<br>**OUTSIDE THE COUNTRY** |

Your Honor:

Tho Le is requesting permission to travel to Hawaii.  Tho Le is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:**   On September 18, 2009, Tho Le was sentenced for the offense(s) of 21 USC 846 and 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute MDMA (Ecstasy) and Marijuana.

**Sentence Imposed:**  46 months custody Bureau of Prisons, 4 years Supervised Release, and $100 special assessment.

**Dates and Mode of Travel:**  April 28, 2016 through May 1, 2016, by air

**Purpose:**  Cousin's wedding

**RE:**   **Tho Le**
**Docket Number:  2:05CR00542-01**
<u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

Respectfully submitted,

*/s/ Wendy Reyes*

Wendy Reyes
United States Probation Officer

Dated:   April 22, 2016
Elk Grove, California
WER/sda

*/s/ Brenda Barron-Harrell*

**REVIEWED BY:**   **Brenda Barron-Harrell**
**Supervising United States Probation Officer**

---

## ORDER OF THE COURT

☒   Approved         ☐   Disapproved

**Dated:  April 22, 2016**

GARLAND E. BURRELL, JR.
Senior United States District Judge